**SEALED**

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __Kansas__

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| LeMARK ROBERSON (02) | Case Number: 22-40086-02-TC |

**RECEIVED**
By U.S. Marshals Service at 2:44 pm, Nov 10, 2022

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LeMARK ROBERSON (02)__
<br>Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice

charging him or her with (brief description of offense)
Ct. 1: 18 U.S.C. § 241 - CONSPIRACY AGAINST RIGHTS
Ct. 2: 18 U.S.C. § 1584 - INVOLUNTARY SERVITUDE
Ct. 3: 18 U.S.C. § 1584 - INVOLUNTARY SERVITUDE

☑ in violation of Title __18__ United States Code, Section(s) __241__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| SKYLER B. O'HARA | s/M. Barnes, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | November 10, 2022   Topeka, Kansas |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

**Subject was arrested by FBI in Cleveland Ohio**

| DATE RECEIVED<br>11.10.22 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>11.14.22 | | |