IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
   *Plaintiff,*

**v.**               Case No. **22-40086-02-TC**

**LEMARK ROBERSON,**
   *Defendant.*

_____

### ORDER APPOINTING COUNSEL
_____

NOW on this 18th day of November, 2022, the Court upon a showing that the defendant is financially unable to employ counsel and does not wish to waive counsel, appoints Paul Anthony Hood as counsel for Lemark Roberson pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A.

This appointment is effective November 18, 2022.

           /s/ Rachel E. Schwartz
           Rachel E. Schwartz
           United States Magistrate Judge