## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:22-cr-40086-TC-2 |
| | ) | |
| LeMark Roberson, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DFENDANT'S NOTICE FOR REVIEW OF DETENTION ORDER**

LeMark Roberson, through undersigned counsel, Paul Hood, respectfully provides this written Notice to the Court and parties of his intention, pursuant to 18 U.S.C. § 3145(b), to seek review and revocation of an out-of-state detention order.

Mr. Roberson respectfully intends to take up the issue on December 14, 2022 at 9 am when this case is set for a status conference before District Judge Toby Crouse.  Mr. Roberson would accept an earlier opportunity to be heard on the issue, if one is available.  He has been in custody since being arrested on November 14, 2022 and arrived in the District of Kansas on December 7, 2022.  While Mr. Roberson is set for arraignment in the District of Kansas before Magistrate Judge Rachel E. Schwartz on December 12, 2022, review of detention pursuant to § 3145(b) must be directed to the district judge of original jurisdiction, not a magistrate judge.  See United States v. Cisneros, 328 F.3d 610, 615 (10th Cir. 2003).

On November 17, 2022, Magistrate Judge Jennifer Dowdell Armstrong for the Northern District of Ohio conducted a detention hearing.  The pretrial services report recommended release.  The case allegations are from 1996, 1997, and 1998.  Mr. Roberson is sixty years old

Defendant's Notice for Review of Detention Order page 1

and has no conviction for a sex-related crime or crimes against persons.  He has a home and has had a job with the same employer for more than four years.  On November 23, the Ohio Court issued an Order finding that Mr. Roberson had successfully rebutted the presumption of detention, but the Court detained him based on the nature of the allegations.  Meanwhile, co-defendants Roger Golubski and Richard Robinson have been granted pretrial release in the District of Kansas.  (Defendant Cecil Brooks was not granted pretrial release, but he is currently serving a prison sentence and waived his detention hearing.)  Mr. Golubski has also been granted pretrial release in case 5:22-cr-40055-TC where he faces additional felony charges similar to those at issue here.

Mr. Roberson's justifications for pretrial release will be supported by briefing and/or in-court argument at or before the review hearing.

Respectfully submitted,

s/ Paul Hood_____
PAUL HOOD, KDC # 78960
104 W. 9th Street, Suite 404
Kansas City, MO 64105
Phone: 541-513-7545
Fax: 844-284-3964
paul@paulhoodlaw.com

Attorney for LeMark Roberson

**<u>Certificate of Service</u>**

In accordance with D. Kan. Rule CR49.9, the undersigned certifies that the foregoing motion was electronically filed on December 12, 2022 and that service was accomplished through Notice of Electronic Filing to counsel for the Government and counsel for co-defendants.

s/ Paul Hood
Paul Hood