**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,  Case No: 22-40086-TC-2
  AUSA: Stephen Hunting
 Plaintiff,  Defendant: Paul Hood
v.

LEMARK ROBERSON,
 Defendant.

| JUDGE: | Judge Rachel E. Schwartz | DATE: | December 12, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 2:15 p.m. |
| INTERPRETER: | _____ | PROBATION: | Mitchell Shivers |

## PROCEEDINGS

☐ Initial Appearance – min.   ☐ Initial Revocation Hearing – min.   ☐ Bond Hearing – min.
☒ Arraignment – 11 min.   ☐ Initial Rule 5(c)(3) – min.   ☐ Bond Revocation Hearing – min.
☐ Detention Hearing – min.   ☐ Preliminary Hearing – min.   ☐ In-Court Hearing – min.

☒ Charges and penalties explained to defendant    ☒ Advised of Due Process Protections Act
☒ Constitutional Rights Explained    ☒ Felony    ☐ Misdemeanor

☒ Waived Reading    ☐ Read to Defendant:    ☐ Indictment    ☐ Information    ☐ Complaint
☒ Number of Counts: 3    ☐ Guilty    ☒ Not Guilty    ☐ Indictment Unsealed

☐ Bond Revoked    ☐ Continued on present conditions    ☐ Release Order executed    ☒ Remanded to Custody

☒ Case Management Order will be issued by Magistrate Judge Schwartz.

☒ Status Conference: December 14, 2022 at 9:00 a.m. before Judge Crouse in Topeka Courtroom 401.

OTHER:  Defendant appears in person, in custody and with counsel Paul Hood. Arraignment held.