UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Number: | **22-40086** |
| | ) | | |
| Plaintiff, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **CECIL BROOKS (1)** | ) | | |
| **LEMARK ROBERSON (2)** | ) | | |
| **RICHARD ROBINSON (3)** | ) | | |
| **ROGER GOLUBSKI (4),** | ) | | |
| Defendant(s). | ) | | |
| _____ | ) | Date of Hearing: | **12/14/22** |

## CRIMINAL MINUTE SHEET – STATUS CONFERENCE

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Sherry Harris** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **10 minutes** |

**APPEARANCES:**   *court and parties appear by:*   **IN PERSON**

- UNITED STATES OF AMERICA:   **Stephen Hunting**
- BROOKS' COUNSEL:   **Jonathan Truesdale**
- ROBERSON'S COUNSEL:   **Paul Hood**
- ROBINSON'S COUNSEL:   **J. Justin Johnston**
- GOLUBSKI'S COUNSEL   **Chris Joseph**
- DEFENDANT BROOKS:   ☒ Present (In Custody)
- DEFENDANT ROBERSON:   ☒ Present (In Custody)
- DEFENDANT ROBINSON:   ☒ Present (On Release)
- DEFENDANT GOLUBSKI:   ☒ Present (On Release)

**PROCEEDINGS:**

**Defendants Brooks, Robinson and Golubski request a 90-day continuance for discovery purposes. Roberson's objection to the same in light of his pending motion for review the detention order is overruled.**

**Defendant Roberson requests a hearing in connection with his Notice of Review of Detention Order, Doc. 34.**

**The Court sets a status conference for <u>March 29, 2023, at 9:00 a.m.</u> before Judge Crouse in Courtroom 401, for Defendants Brooks, Robinson, Roberson and Golubski.**

**The Court sets a motion hearing for <u>December 14, 2022 at 3:30 p.m.</u> before Judge Crouse in Courtroom 401, for Defendant Roberson's motion for review, Doc. 34.**

**The Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 3/29/23 as to Defendants Brooks, Robinson, Roberson, and Golubski.  Further, there was an express waiver of Brooks' rights under the Interstate Compact on Detainer Act, § 4(c).**

**Defendants Robinson and Golubski remain on pretrial release.**

**Defendants Brooks and Roberson are remanded to custody.**