# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | Case Number: | **22-40086-2** |
| | **)** | | |
| Plaintiff, | **)** | | |
| **vs.** | **)** | | |
| | **)** | | |
| **LEMARK ROBERSON (2),** | **)** | | |
| Defendant(s). | **)** | | |
| _____ | **)** | Date of Hearing: | **12/14/22** |

### CRIMINAL MINUTE SHEET – MOTION HEARING RE DETENTION

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Sherry Harris** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **1 hour, 15 minutes** |

**APPEARANCES:**     *court and parties appearby:*  IN PERSON
- UNITED STATES OF AMERICA:    **Stephen Hunting**
- ROBERSON'S COUNSEL:    **Paul Hood**
- DEFENDANT ROBERSON:    ☒ Present (In Custody)

**PROCEEDINGS:**

**Parties discuss Defendant's Notice for Review of Detention Order, Doc. 34.**

**The court, after hearing the proffers and arguments of counsel, releases defendant on conditions of pretrial release with the conditions as stated on the record. Formal Order of Conditions of Release to follow.**