**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:22-cr-40086-TC-2 |
| ) | |
| LEMARK ROBERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**WAIVER OF APPEARANCE FOR STATUS CONFERENCE**

LeMark Roberson, through undersigned counsel, waives his right to appear personally for the June 14, 2023 status conference and respectfully requests that he be permitted to appear through undersigned counsel, Paul Hood.

Mr. Roberson is on pretrial release. Undersigned counsel has advised Mr. Roberson of his right to appear personally at the status conference and that important scheduling decisions may be made during that conference, possibly including the setting of a trial date and briefing schedule. Undersigned counsel has also advised Mr. Roberson of his speedy trial rights, including his rights under 18 U.S.C. § 3161(c)(1), and of the impact of excludable delay under 18 U.S.C. § 3161(7). Mr. Roberson is aware that scheduling decisions made at the status conference may impact his speedy trial rights.

Mr. Roberson waives his right to appear in person at the status conference. Mr. Roberson also authorizes undersigned counsel to appear on his behalf and to make scheduling decisions as needed, including consenting to a finding of necessary excludable delay pursuant to 18 U.S.C. § 3161(7) and/or setting a trial date and briefing schedule.

Undersigned counsel agrees with this Waiver and believes that Mr. Roberson has made an informed and voluntary decision.

Respectfully submitted,

s/ Paul Hood
PAUL HOOD, KDC # 78960
104 W. 9th Street, Suite 404
Kansas City, MO 64105
Phone: 541-513-7545
Fax: 844-284-3964
paul@paulhoodlaw.com

Attorney for LeMark Roberson

## Certificate of Service

In accordance with D. Kan. Rule CR49.9, the undersigned certifies that the foregoing motion was electronically filed on June 12, 2023 and that service was accomplished through Notice of Electronic Filing to counsel for the Government and counsel for co-defendants.

s/ Paul Hood
Paul Hood